IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 1 8 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| VICTOR LEE WHITE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 2:04-CV-0004 |
| § | |
| JO ANNE BARNHART, § | |
| Commissioner of Social Security, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and AFFIRMING DECISION OF COMMISSIONER

Plaintiff has appealed the decision of the Social Security Administration denying plaintiff disability benefits. The United States Magistrate Judge entered a Report and Recommendation on December 27, 2006, recommending therein that the decision of the Commissioner be affirmed. No objections have been filed of record.

The undersigned has made an independent examination of the record in this case. The Report and Recommendation is hereby ADOPTED, and the administrative decision of the Commissioner is AFFIRMED.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

ENTERED this _18th_ day of _January_ 2007.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE